No. 5,674.—STATE, Respondent, v. JOHN GARVEY, Appellant.

*Appeal from District Court, Yellowstone County; Robert C. Stong, Judge.*

Decided December 23, 1924.

PER CURIAM.—Pursuant to praecipe of appellant, it is ordered that the appeal in the above-entitled cause be dismissed.

*Mr. H. C. Crippen,* for Appellant.

---

No. 5,704.—STATE EX REL. WILLIAM THIBODEAU, Relator, v. DISTRICT COURT ET AL., Respondents.

Original application for a writ of prohibition to the District Court of Missoula County and Asa L. Duncan, a Judge thereof, restraining respondents from permitting certain evidence alleged to have been illegally obtained under the liquor laws to be introduced in the case of *State of Montana, Plaintiff,* v. *William Thibodeau, Defendant,* pending in said District Court.

Decided February 11, 1925.

PER CURIAM.—Relator's application for writ of prohibition herein, is denied.